In the Matter of the Application of FLORA M. BONNEY and ALICE E. CRAWFORD, as Executrices of JAMES A. MACDONALD, Deceased, for an Order of Certiorari against THOMAS M. LYNCH and Others, as and Constituting The State Tax Commission of the State of New York, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

In the Matter of the Claim of CARLTON RAYFIELD, Respondent, against FORD MOTOR SALES COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the authority of *Matter of Lampert* v. *Siemons* (235 N. Y. 311, and cases there cited); *Grathwohl* v. *Nassau Point Club Properties, Inc.* (243 id. 567). Hill, P. J., McNamee and Crapser, JJ., concur; Bliss and Heffernan, JJ., dissent and vote to affirm the award.

In the Matter of the Claim of VINCENZO UCCIARDINO, Respondent, against TRI-BORO ASPHALT CORPORATION and Others, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award against the Travelers Insurance Company reversed, and claim dismissed, and as so modified award affirmed, with costs to the Travelers Insurance Company against the employer and American Employers' Insurance Company. Hill, P. J., McNamee, Crapser and Heffernan, JJ., concur; Bliss, J., dissents and votes to affirm the award as made.

In the Matter of the Claim of EVA A. MINCHIN, Appellant, against DONALD C. EATON and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Decision unanimously affirmed. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of CONSUELO PARDO, Respondent, against ERNEST MUCCINI and Others, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of WILLIAM SIMPSON, Appellant, against H. J. DEUTSCHBEIN and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Decision unanimously affirmed. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of MARY J. RHOE, Respondent, against DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award affirmed, with costs to the State Industrial Board against the appellant. Rhodes, McNamee and Heffernan, JJ., concur; Hill, P. J., dissents; Crapser, J., dissents and votes to reverse the award and to dismiss the claim on the authority of *Matter of Quirk* v. *Erie Railroad Co.* (235 N. Y. 405) and *Matter of N. Y. Central R. R. Co.* v. *Carr* (238 U. S. 261).

In the Matter of the Claim of EDWARD WERNER, Respondent, against L. L. LE VEQUE COMPAMY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. — Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.